**STATE of Missouri, Respondent,**

v.

**Daniel H. CHALLSTROM, Appellant.**

**No. WD 65687.**

Missouri Court of Appeals,
Western District.

July 25, 2006.

Irene C. Karns, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JOSEPH M. ELLIS, P.J.,
ROBERT G. ULRICH, and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Daniel Challstrom appeals his conviction for unlawful use of a weapon, section 571.030. He presents three points on appeal. First, he claims the trial court abused its discretion in excluding a serologist's testimony and report at trial. Second, he claims the trial court erred in overruling his motion for judgment of acquittal and in sentencing him for unlawful use of a weapon. Finally, he claims the trial court abused its discretion in admitting certain photographs into evidence at trial. Mr. Challstrom's points are denied, and the judgment of conviction is affirmed. Rule 30.25.